# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00744
Honorable Laura K. McNally

Lawrence Reed

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2025:

  MINUTE entry before the Honorable Laura K. McNally as to Lawrence Reed. The detention hearing set on 11/21/2025 at 10:00 a.m. will be held in courtroom 1743. Courtroom change only. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.