

Case: 1:25-cr-00744 Document #: 6 Filed: 11/21/25 Page 2 of 10 PageID #:25
















GOVERNMENT EXHIBIT 7







