UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   25 CR 744 |
| v. ) | Violations: Title 18, United States |
| ) | Code, Sections 844(i) and 1992(a)(7), |
| ) | (b)(1), and (c)(1) |
| LAWRENCE REED ) | |

## COUNT ONE

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

On or about November 17, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

LAWRENCE REED,

defendant herein, did knowingly and without lawful authority and permission, commit an act, which act included the use of a dangerous weapon, with the intent to cause death and serious bodily injury to one or more persons who were on or in a terminal, structure, track, and facility used in the operation of, and in support of the operation of, a mass transportation vehicle, which mass transportation vehicle was carrying passengers and employees at the time of the offense, to wit: using gasoline and a lighter, REED knowingly set fire to a passenger on a Chicago Transit Authority Blue Line Train car, which conduct was engaged in, on, against, and affected a mass transportation provider;

In violation of Title 18, United States Code, Section 1992(a)(7), (b)(1), and (c)(1).

## COUNT TWO

The SPECIAL SEPTEMBER 2025 GRAND JURY further charges:

On or about November 14, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

LAWRENCE REED,

defendant herein, maliciously damaged and attempted to damage and destroy, by means of fire, a building, namely Chicago City Hall, located at 121 N. LaSalle Street, Chicago, Illinois, used in interstate commerce and in activity affecting interstate commerce;

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY