# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:25−cr−00744 |
| | Honorable Georgia N. Alexakis |
| Lawrence Reed | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 3, 2026:

    MINUTE entry before the Honorable Georgia N. Alexakis as to Lawrence Reed:The Court received email correspondence on 3/2/2026 from defendant's counsel reflecting that the parties have agreed to reschedule the status hearing on 3/12/2026. The Court resets the status hearing to 4/16/2026 at 10:00 a.m. Without objection, time is excluded in the interest of justice from 3/2/2026 to and including 4/16/2026 pursuant to 18 U.S.C. § 3161(h)(7)(A) to permit the continued production and review of discovery by counsel. Mailed notice. ( sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.