**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 25 CR 744 |
| v. | ) | Judge Georgia N. Alexakis |
| | ) | |
| LAWRENCE REED | ) | |

**Agreed Order for Competency Evaluation**

The Court has considered Defendant Lawrence Reed's motion for a competency evaluation made pursuant to 18 U.S.C. § 4241(a). The government agrees that a competency evaluation is appropriate in this matter. Based on defense counsel's observations, and the diagnosis contained in medical records received by the parties , this Court has determined that there is reasonable cause to believe Defendant may presently suffer from a mental disease or defect to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense. 18 U.S.C. § 4241(a).

IT IS HEREBY ORDERED THAT:

1.      Defendant shall be committed to the custody of the Attorney General for placement at a suitable facility for the purposes of a psychiatric or psychological examination to determine competency, pursuant to 18 U.S.C. §§ 4241(b) and 4247(b).

2.      Defendant shall submit to a psychiatric or psychological examination by a licensed or certified psychiatrist or psychologist who is designated an examiner under the provisions of 18 U.S.C. § 4247(b).

3        The medical provider who performs the examination (the "examiner") shall prepare and file with the Court, and share with defense counsel and the government, a written report, pursuant to 18 U.S.C. § 4247(c), that includes;

     a.     Defendant's history and present symptoms;

     b.     a description of the psychiatric, psychological, and medical tests that were employed, and their results;

     c.     the examiner's findings;

     d.     the examiner's opinions as to Defendant's diagnosis and prognosis; and

     e.     an opinion as to whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

4.        The period of commitment necessary to transport Defendant to a suitable facility and evaluate Defendant shall be excluded in computing the time within which the trial of any such offense must commence, pursuant to 18 U.S.C. § 3161(h)(1)(A).

Dated: June 18, 2026

_____

Georgia N. Alexakis
U.S. District Court Judge