**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00744
Honorable Georgia N. Alexakis

Lawrence Reed

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 8, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: On 9/1/2026, the Court received email correspondence from the Bureau of Prisons which it, in turn, shared with the parties. The email correspondence included a letter from the BOP dated 8/14/2026. In light of this correspondence from the BOP, and with no objection from the parties, the Court finds that Defendant Reed's commitment for a competency evaluation commenced on 8/13/2026; and pursuant to 18 USC 4241(a) and 18 USC 4247(b), the Court extends the time period for the BOP to complete the mental health testing and examination of Defendant Reed to September 25, 2026. The BOP's report, following Defendant Reed's competency evaluation, shall be submitted to the Court and the parties by 10/9/2026. The Clerk is directed to mail and email a copy of this order to the BOP using the mailing address that appeared on the 8/14/2026 letter and the email addresses that appeared on the 9/1/2026 email. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.