**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Lawrence Reed
Defendant.

Case No.: 1:25−cr−00744
Honorable Georgia N. Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis as to Lawrence Reed: Status hearing held on 11/12/2026 and continued to 1/12/2027 at 9:00 a.m. Defendant present with counsel. The government provided discovery in October 2026, but some additional discovery remains. The parties confirmed that they received the report of BOP's mental health testing and examination. Without objection, time is excluded in the interests of justice from 11/12/2026 to and including 1/12/2027 pursuant to 18 U.S.C. § 3161(h)(1)(A) to accommodate Defendant's independent examination of mental competency and pursuant to 18 U.S.C. § 3161(h)(7)(A) to allow for continued production of discovery. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.